UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LONG,<br><br>             Plaintiff,<br><br>     v.<br><br>CRABTREE,<br><br>             Defendant. | No.  1:23-cv-01073 JLT GSA (PC)<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE |

On September 30, 2023, the Court ordered Plaintiff to pay the filing fee in full within 30 days. (Docs. 9, 11.) Plaintiff was informed the failure to pay the filing fee as ordered "shall result in the dismissal of this action." (Doc. 11 at 2, emphasis in original.) Despite this warning, Plaintiff failed to pay the filing fee. Accordingly, the action cannot proceed before the Court at this time. Based upon the foregoing, the Court **ORDERS**:

1.  The action is **DISMISSED** without prejudice for  failure to pay the filing fee.
2.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE